UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| KRISTI LEANNE SCURLOCK, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 2:17-cv-00054 |
| | ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 18) in which the Magistrate Judge recommends granting the Plaintiff's Amended Motion for Judgment on the Administrative Record (Doc. No. 15) and remanding the final decision of the Social Security Administration. No objection to the Report and Recommendation has been filed by the Government. The Court has carefully reviewed the thorough Report and Recommendation and agrees with the Magistrate Judge's analysis. Specifically, it is necessary to conduct further administrative proceedings in this case because "there are simply too many errors in the ALJ's analysis to conclude that substantial evidence supports the administrative opinion, including the ALJ's failure to explain her decision to give disparate weight to the opinions of Dr. Elazar and Ms. Prince, and her related failure to justify elevating the opinions of the non-examining State consultants opinions over others included in the record." (Doc. No. 18 at 13.) Accordingly, the Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**; the Amended

Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED**;[1] and the final decision of the Social Security Administration is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's original Motion for Judgment on the Pleadings (Doc. No. 13) was superseded by the Amended Motion without objection. The original Motion is therefore **DENIED AS MOOT**.